# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

COREY DEWBERRY,
ADC #103900                                                                                    PLAINTIFF

V.                      2:14CV00137 KGB/JTR

RODNEY FORD, Captain,
East Arkansas Regional Unit, et al.                          DEFENDANTS

## RECOMMENDED PARTIAL DISPOSITION

The following Recommended Partial Disposition ("Recommendation") has been sent to United States District Judge Kristine G. Baker. Any party may file written objections to this Recommendation. Objections must be specific and include the factual or legal basis for disagreeing with the Recommendation. An objection to a factual finding must specifically identify the finding of fact believed to be wrong and describe the evidence that supports that belief.

An original and one copy of the objections must be received in the office of the United States District Clerk within fourteen (14) days of this Recommendation. If no objections are filed, Judge Baker can adopt this Recommendation without independently reviewing all of the evidence in the record. By not objecting, you may also waive any right to appeal questions of fact.

## I. Discussion

On June 18, 2015, the Court entered an Order directing Plaintiff to file, on or before July 20, 2015, an Amended Motion for Service containing a valid service address for separate Defendant Ricky Thorne. *Doc. 31*. Importantly, the Court advised Plaintiff that his claims against Defendant Thorne would be dismissed, without prejudice, if he failed to timely and properly do so. *Id.* (citing Fed. R. Civ. P. 4(m)). Plaintiff has not complied with the June 18, 2015 Order, and the time for doing so has expired.

## II. Conclusion

IT IS THEREFORE RECOMMENDED:

1. Plaintiff's claims against separate Defendant Thorne be DISMISSED, WITHOUT PREJUDICE.

2. The Court CERTIFY, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from any Order adopting this Recommendation would not be taken in good faith.

Dated this 27th day of July, 2015.

                                                                        /s/ J. Thomas Ray
                                                                        UNITED STATES MAGISTRATE JUDGE