IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**COREY DEWBERRY,**
**ADC #103900**                                                                                                       **PLAINTIFF**

V.                              Case No. 2:14-cv-00137 KGB/JTR

**RODNEY FORD, Captain,**
**East Arkansas Regional Unit, et al.**                                                **DEFENDANTS**

### ORDER

The Court has reviewed the Recommended Partial Disposition submitted by United States Magistrate Judge J. Thomas Ray (Dkt. No. 35). No objections have been filed, and the time to file objections has passed. After careful review, the Court approves and adopts the Recommended Partial Disposition in its entirety as this Court's findings in all respects. Therefore, the Court dismisses without prejudice defendant Ricky Thorne from this case. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal of this Order would not be taken in good faith.

SO ORDERED this 20th day of August, 2015.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE