**COREY DEWBERRY,**
**ADC #103900**                                                                    **PLAINTIFF**

**v.**                                    **Case No. 2:14-cv-00137-KGB/JTR**

**RODNEY FORD, Captain; and**
**JOHN MUNN, Lieutenant;**
**East Arkansas Regional Unit**                                          **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is considered, ordered, and adjudged that this case is dismissed. All relief sought is denied, and the case is closed.

It is so adjudged this 28th day of September, 2017.

_____
Kristine G. Baker
United States District Judge